MICHAEL J. STEINER (State Bar No. 112079)
JON D. IVES (State Bar No. 230582)
jdi@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendants
WELLS FARGO BANK, N.A.; WELLS
FARGO HOME MORTGAGE, a division
of WELLS FARGO BANK, N.A.; and
HSBC BANK USA, N.A.


GLENN H. WECHSLER (State Bar No. 118456)
LAWRENCE D. HARRIS (State Bar No. 153350)
larry@glennwechsler.com
LAW OFFICES OF GLENN H. WECHSLER
1655 N. Main Street, Suite 230
Walnut Creek, CA 94596
Telephone: (925) 274-0200

Attorneys for Defendant
FIRST AMERICAN LOANSTAR TRUSTEE SERVICES


REUBEN L. NOCOS
NOCOS LAW FIRM, A Professional Corporation
1900 S. Norfolk Street, Ste. 350
San Mateo, CA 94403
Telephone: (650) 320-1747

Attorney for Plaintiff
RUBEN ESCARENO

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN ESCARENO,<br><br>   Plaintiff,<br><br>  vs.<br><br>WELLS FARGO, N.A., *et al*.,<br><br>   Defendants. | Case No.: 08-cv-1945-OWW-SMS<br><br>**STIPULATION AND ORDER TO VACATE THE HEARING DATE ON DEFENDANTS' MOTIONS TO DISMISS**<br><br>Hearing Date: March 23, 2009<br>Time: 10 A.M.<br>Dept.: Courtroom 3<br>Judge: Hon. Oliver W. Wagner |

**STIPULATION**

Defendants Wells Fargo Bank, N.A., Wells Fargo Home Mortgage, a division of Wells Fargo Bank, N.A., HSBC Bank USA, N.A., and defendant First American Loanstar Trustee Services have pending motions to dismiss currently scheduled to be heard on March 23, 2009. Plaintiff Ruben Escareno has announced his intention to file an amended complaint. An "'amended complaint supercedes the original, the latter being treated thereafter as non-existent.'" *Forsyth v. Humana, Inc.*, 114 F.3d 1467, 1474 (9th Cir. 1997) (quoting *Loux v. Rhay*, 375 F.2d 55, 57 (9th Cir. 1967)). As the defendants' motions challenge the original complaint, they will be effectively rendered moot by the filing of an amended complaint. The parties believe that vacating the scheduled hearing date in light of the plaintiff's filing of an amended complaint will conserve judicial resources.

Accordingly, the parties stipulate and respectfully request the Court grant, as follows:

1. Vacate the March 23, 2009 hearing;

2. Plaintiff Ruben Escareno will file an amended complaint on or before April 1, 2009; and

3. Defendants Wells Fargo Bank, N.A., Wells Fargo Home Mortgage, a division of Wells Fargo Bank, N.A., HSBC Bank USA, N.A., and First American Loanstar Trustee Services, will file responses to the amended complaint on or before April 20, 2009.

| | |
|---|---|
| DATED: March 16, 2009 | SEVERSON & WERSON<br>A Professional Corporation<br><br>By: _____/s/ *Jon D. Ives*_____<br>        Jon D. Ives<br><br>Attorneys for Defendants<br>WELLS FARGO BANK, N.A.; WELLS FARGO HOME MORTGAGE, a division of WELLS FARGO BANK, N.A.; and HSBC BANK USA, N.A.<br><br>LAW OFFICES OF GLENN H. WECHSLER<br><br>By: /s/ *Glenn H. Wechsler* (as authorized on March 17, 2009)<br>        Glenn H. Wechsler<br><br>Attorneys for Defendants<br>FIRST AMERICAN LOANSTAR TRUSTEE SERVICES<br><br>NOCOS LAW FIRM<br>A Professional Corporation<br><br>By: /s/ *Reuben L. Nocos* (as authorized on March 16, 2009)<br>        Reuben L. Nocos<br><br>Attorney for Plaintiff<br>RUBEN ESCARENO |

# ORDER

Pursuant to the Stipulation submitted by plaintiff Ruben Escareno and defendants Wells Fargo Bank, N.A., Wells Fargo Home Mortgage, a division of Wells Fargo Bank, N.A., HSBC Bank USA, N.A., and First American Loanstar Trustee Services, and good cause appearing, IT IS HEREBY ORDERED as follows:

1. The hearing on the defendants' motions to dismiss currently scheduled to be heard on March 23, 2009, is VACATED.

2. Plaintiff Ruben Escareno shall file an amended complaint by April 1, 2009.

3. Defendants Wells Fargo Bank, N.A., Wells Fargo Home Mortgage, a division of Wells Fargo Bank, N.A., HSBC Bank USA, N.A., and First American Loanstar Trustee Services shall file their responses to the amended complaint on or before April 20, 2009.

**IT IS SO ORDERED.**

DATED: 3/17/2009

/s/ OLIVER W. WANGER
The Honorable Oliver W. Wanger
United States District Court Judge