REUBEN L. NOCOS, ESQ. [SBN 238011]
Nocos Law Firm, A Professional Corporation
1900 S. Norfolk St., Ste. 350
San Mateo, CA 94403
(650) 320-1747

Attorneys for Plaintiff
RUBEN ESCARENO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN ESCARENO<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>WELLS FARGO, N.A. a business entity, form unknown ; WELLS FARGO HOME MORTGAGE, a business entity form unknown; SOUTHSTAR FUNDING, LLC., a business entity form unknown; FIRST AMERICAN LOANSTAR TRUSTEE SERVICES, a business entity, form unknown; U.S. BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR HOME EQUITY ASSET TRUST 2006-3, a business entity, form unknown; all persons unknown, claiming any legal or equitable right, title estate, lien or interest in the property described in this Complaint adverse to Plaintiff's title thereto, and DOES 1 through 25, inclusive,<br><br>　　　　　　Defendants. | Case No.: 1-08-CV-01945-0WW-SMS<br><br>ORDER ON STIPULATION REGARDING DEFENDANTS' RESPONSE TO FIRST AMENDED COMPLAINT |

//

//

//

//

//

1

[Proposed] Order on Stipulation Regarding Defendants' Response to First Amended Complaint

PDF created with pdfFactory trial version www.pdffactory.com

Pursuant to the Stipulation Regarding Defendants' Response to First Amended Complaint, filed separately it is ordered that: Defendants' responsive pleading to Plaintiff's First Amended Complaint filed on April 20, 2009, will be due on or before May 20, 2009

IT IS SO ORDERED.

Dated: 4/17/2009     /s/ Sandra M. Snyder
United States Magistrate Judge

2
[Proposed] Order on Stipulation Regarding Defendants' Response to First Amended Complaint

PDF created with pdfFactory trial version www.pdffactory.com