UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RUBEN ESCARENO, | ) | |
| | ) | 1:08-CV-01945 OWW SMS |
| Plaintiff, | ) | |
| v. | ) | **ORDER DISMISSING ACTION** |
| WELLS FARGO, N.A., | ) | |
| WELLS FARGO HOME MORTGAGE, | ) | |
| Defendant. | ) | |

Pursuant to the notice of voluntary dismissal filed pursuant to FRCvP 41,

IT IS HEREBY ORDERED that this matter is dismissed as to WELLS FARGO, N.A. and WELLS FARGO HOME MORTGAGE with prejudice.

IT IS SO ORDERED.

**Dated:   June 3, 2009**            /s/ Oliver W. Wanger
                                  UNITED STATES DISTRICT JUDGE